I Forgot To sign
My Motion Due to
Stress and Depression.
I've Already Paid
My July 2015 Rent.

07/03/2015

Court of Appeals No. 14-15-00529-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
JUL 03 2015
CHRISTOPHER A. PRINE
CLERK

Trial Court Case No. 1062543

Emmaline Wiley and All Occupants

V.

Del Papa Community, LLC

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
JUL 07 2015
CHRISTOPHER A. PRINE
CLERK

MAILED

To: The Justices

## Temporary Injunction Motion

The reasons I'm being rejected everywhere is because my enemies has destroyed my reputation with slander then they go to court and get it sealed up, and they have also framed me up. Please Overturn Trial Court Final Judgment, I cannot pay the Supersede Bond of 2,776.30 or nothing else, I'm A Pauper My Pauper's Affidavit and Notice of Appeal was Granted 06-30-2015. Please stop that Writ of Possession starting 07-03-2015.

Emmaline Wiley